Charles A. Gulden
11802 E. 28th Pl
Yuma, AZ 85367
Phone: 928-782-5182
Email: chasinyuma@hotmail.com

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 1 2 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES A. GULDEN,<br><br>Plaintiff,<br><br>vs.<br><br>NEW PENN FINANCIAL LLC,<br><br>Defendant. | No. CV-16-00929-PHX-GMS<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A) Plaintiff respectfully submits this Notice of Dismissal with Prejudice in the above referenced case.

2. The parties have resolved all issues in respect to this matter, therefore Plaintiff requests the Court to dismiss the case with prejudice, with each side to bear its own costs and fees.

3. A form of Order is submitted herewith.

Dated this 10th day of May, 2016.

_____
Charles A. Gulden

NOTICE OF DISMISSAL WITH PREJUDICE - 1

## CERTFICATE OF SERVICE

I hereby certify that on 10th May 2016 I will mail a copy of the foregoing by USPS First Class Mail and by email to:

Michael A. Iannucci
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

*Charles A. Gulden*
Charles A. Gulden

NOTICE OF DISMISSAL WITH PREJUDICE - 2